UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO LEYVA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CSP-LAC, CHIEF WARDEN, ASST. WARDEN, FACILITY C-CAPTAIN, FACILITY C-LIEUTENANT, APPEALS COORDINATOR,<br><br>　　　　　Defendant.<br>_____ | Case No. CV 10-8827 SVW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATE: October 12, 2011　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE