UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO LEYVA, | Case No. CV 10-8827 SVW (MRW) |
| Plaintiff, | |
| vs. | JUDGMENT |
| CSP-LAC, CHIEF WARDEN, ASST. WARDEN, FACILITY C-CAPTAIN, FACILITY C-LIEUTENANT, APPEALS COORDINATOR | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: October 12, 2011

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE